# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LEIGH WEEDEN, | ) | 3:04-CV-0539-LRH (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 30, 2006 |
| | ) | |
| DON H. WASSERMAN, M.D., OF THE | ) | |
| GREAT BASIN SURGICAL CENTER, | ) | |
| LLC, AND HEAD OF ELKO HOSPITAL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendant Elko Hospital has filed a Motion to Seek Leave of the Court to Depose Incarcerated Plaintiff (Doc. #55). Defendant Great Basin Surgical Center has joined in the Motion (Doc. #56). Defendants' Motions (Doc. Nos. 55 and 56) are **GRANTED**. Defendants shall provide Plaintiff with a copy of the deposition at Defendants' expense.

   **IT IS SO ORDERED.**

                                        LANCE S. WILSON, CLERK

                                        By:        /s/
                                              Deputy Clerk