# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LEIGH WEEDEN, | ) | 3:04-CV-0539-LRH (RAM) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | September 18, 2006 |
| DON H. WASSERMAN, M.D., OF THE GREAT BASIN SURGICAL CENTER, LLC, AND HEAD OF ELKO HOSPITAL, | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     Defendant Elko Hospital has filed a Motion to Compel Production of Medical Records from Plaintiff (Doc. #68). Defendant Great Basin Surgical Center has filed a Joinder to Defendant Elko Hospital's Motion to Compel Production of Medical Records from Plaintiff (Doc. #71). There has been no opposition.

     LR 7-2(d) provides that "The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion."

     Defendant Elko Hospital's Motion to Compel Production of Medical Records from Plaintiff (Doc. #68) is **GRANTED**. Plaintiff shall sign the Authorization for Use or Disclosure of Protected Health Information within ten (10) days from the date of this order.

     **IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
    Deputy Clerk